UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No.  8:05-Cr-530-T-30EAJ

ROCCO SARLEY, JR.,

    Defendant.

**PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY**

THIS CAUSE comes before the court upon the filing of the Motion (Dkt. #372) of the United States of America for entry of a Preliminary Order of Forfeiture, **which, upon entry, shall become a final order of forfeiture as to defendant Rocco Sarley, Jr.'s, right, title, and interest** in the following specific property**:**

> Real property located at 12708 Box Drive, Hudson, Florida 34667, (hereinafter "12708 Box Drive, Hudson, Florida") including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 3, Block 14, ROLLING OAKS ESTATES UNIT 1, according to the plat thereof, recorded in Plat Book 16, Pages 23 through 32 of the Public Records of Pasco County, Florida.
>
> Parcel Identification Number: 04-24-17-0030-01400-0030.

The court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between the offense and the specific property sought for forfeiture.  Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said

Motion (Dkt. #372) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853, all right, title and interest of defendant, Rocco Sarley, Jr., in the above-referenced specific property is hereby forfeited to the United States for disposition according to law.

The court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject property and any other property, belonging to the defendant, that the United States is entitled to seek as substitute assets, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.FMJ Rocco 372.wpd