UNITED STATES DISTRICT Court
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 8:05-Cr-530-T-30EAJ

ROCCO SARLEY, JR.,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of a Motion (Dkt. #599) by the United States of America for a Final Order of Forfeiture for the following property:

> Sales proceeds in the amount of $32,580.65 in lieu of the real property located at 12708 Box Drive, Hudson, Florida 34667, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 3, Block 14, ROLLING OAKS ESTATES UNIT 1, according to the plat thereof, recorded in Plat Book 16, Pages 23 through 32 of the Public Records of Pasco County, Florida.
>
> Parcel Identification Number: 04-24-17-0030-01400-0030.

Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion (Dkt. #599) of the United States is GRANTED.

It is further ORDERED that the above-referenced currency is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

It is further ORDERED that the United States Marshal's Service be and is hereby given full possession and control of the property for disposition pursuant to law.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.forfeiture 599.wpd

2